UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 17-2159
_____

WENDY AMPARO OSORIO-MARTINEZ Individually and on behalf of
her minor child, D.S.R.-O., and all others similarly situated;
CARMEN ALEYDA LOBO MEJIA, Individually and on behalf of
her minor child, A.D.M.-L., and all other similarly situated;
MARIA DELMI MARTINEZ NOLASCO, Individually, and on behalf of
her minor child, J.E.L.-M., and all others similarly situated;
JETHZABEL MARITZA AGUILAR MANCIA, Individually, and on behalf of
her minor child, V.G.R.-A., and all others similarly situated,
Appellants

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY;
ACTING DIRECTOR UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES PHILADELPHIA DISTRICT OFFICE; FIELD OFFICE DIRECTOR
BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT; DIRECTOR BERKS
COUNTY RESIDENTIAL CENTER; UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 5-17-cv-01747)
Honorable Paul S. Diamond, U.S. District Judge
_____

Argued: September 19, 2017

Before: AMBRO, KRAUSE, and SCIRICA, *Circuit Judges*,
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on September 19, 2017.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered May 23, 2017, is REVERSED, and the cause REMANDED for proceedings consistent with this opinion. Each party to bear its own costs. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 18, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** July 19, 2021

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**